STEPHEN R. MICK (SBN 131569)
JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-mail:      smick@akingump.com
             jkim@akingump.com

Attorneys for Plaintiff and Counter-Defendant
DISCUS DENTAL, LLC

Attorneys for Counter-Defendants
WILLIAM DORFMAN and
ROBERT HAYMAN

CLARK K. TAYLOR (SBN 182436)
**VANCOTT, BAGLEY, CORNWALL & McCARTHY**
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone:   801-532-3333
Facsimile:   801-534-0058
E-mail:      ctaylor@vancott.com

Attorneys for Defendant and Counterclaimant
CAO GROUP, INC.

CRAIG FIELDS, ESQ. (SBN 105711)
**GLICKFELD FIELDS & JACOBSON LLP**
9401 Wilshire Blvd #525
Beverly Hills, CA 90212-4186
Telephone:   310-550-7222
Facsimile:   310-550-6222
E-mail:      theodeman@aol.com

Attorneys for Counter-Defendant
KENNETH ROSENBLOOD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAO GROUP, INC., an Utah corporation, | Case No. CV-07-5076 DDP (RCx)<br><br>Judge:   Dean D. Pregerson<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

6246971

| | |
|---|---|
| 1    Defendant. | |
| 2 | |
| 3    CAO GROUP, INC., an Utah corporation, | Action Filed:    August 3, 2007 |
| 4    Counter-Claimant, | |
| 5    v. | |
| 6    DISCUS DENTAL, LLC, a California limited liability company, WILLIAM DORFMAN, an individual, ROBERT HAYMAN, an individual, and KENNETH ROSENBLOOM, an individual, | |
| 7 | |
| 8 | |
| 9    Counter-Defendants. | |
| 10 | |

6246971

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE

665:378847v1

# STIPULATION AND [PROPOSED] ORDER
# RE DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff and Counterdefendant Discus Dental, LLC and Counter-Defendants William Dorfman, Robert Hayman and Kenneth Rosenblood and Defendant and Counterclaimant Cao Group, Inc. ("Cao"), through their respective counsel of record, hereby agree and stipulate to resolve their dispute by way of entry of settlement agreement:

**NOW THEREFORE, IT IS HEREBY STIPULATED** that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Court enter a dismissal with prejudice of the Action, Case No. CV-07-5076 DDP (RCx), with each the parties to bear its/his respective attorneys' fees and costs.

**IT IS FURTHER STIPULATED** that the U.S. District Court for the Central District of California, and specifically that the Honorable Dean D. Pregerson, or other Judge subsequently assigned by the Court, shall retain jurisdiction over all disputes among the parties arising out of the settlement agreement including, but not limited to, the interpretation and enforcement of the terms of the settlement agreement.

**IT IS SO STIPULATED:**

Dated: September 22, 2008     AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Stephen R. Mick
Attorneys for Plaintiff and Counter-Defendant
DISCUS DENTAL, LLC
Attorneys for Counter-Defendants
WILLIAM DORFMAN and ROBERT HAYMAN

Dated: September 17, 2008     VANCOTT, BAGLEY, CORNWALL & McCARTHY

By _____
John Ashton
Attorneys for Defendant and Counterclaimant
CAO GROUP, INC.

6246971

1

1  Dated: September 18, 2008        GLICKFELD FIELDS & JACOBSON LLP

2                                   By_____
3                                            Craig Fields
                                     Attorneys for Counter-Defendant
4                                           KENNETH ROSENBLOOD

5  **IT IS SO ORDERED:**

6  Dated:_____     _____
7                                            Dean D. Pregerson
                                       United States District Court Judge

6246971

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE 665 :378847v1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Irma Edwards, hereby certify that on September 22, 2008, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** with the Clerk of the court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Clark Keith Taylor | ctaylor@vancott.com |
| Stephen J. Newman | snewman@stroock.com |

and hereby certify that I have mailed by the United States Postal Service courtesy copy of same to the following non-ECF participant:

Craig Fields, Esq.  *Attorneys for Counter-defendant*
Glickfeld Fields & Jacobson LLP  *Kenneth Rosenblood*
9401 Wilshire Boulevard, Suite 525
Beverly Hills, California 90212-4186
Telephone:     310.550.7222
Facsimile:     310.550.6222
E-mail:        theodeman@aol.com

☒ BY UNITED STATS MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2008 at Los Angeles, California.

Irma Edwards                              *[Signature]* Irma Edwards
[Print Name of Person Executing Proof]    [Signature]