STEPHEN R. MICK (SBN 131569)
JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-mail:   smick@akingump.com
   jkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
DISCUS DENTAL, LLC

Attorneys for Counterdefendant
WILLIAM DORFMAN, and ROBERT HAYMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>CAO GROUP, INC., an Utah corporation,<br><br>   Defendant.<br><br>CAO GROUP, INC., an Utah corporation,<br><br>   Counter-Claimant,<br><br>   v.<br><br>DISCUS DENTAL, LLC, a California limited liability company, WILLIAM DORFMAN, an individual, ROBERT HAYMAN, an individual, and KENNETH ROSENBLOOM, an individual,<br><br>   Counter-Defendants. | Case No. CV-07-5076 DDP (RCx)<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:   Dean D. Pregerson |

6288622

[PROPOSED] ORDER

Pursuant to the Stipulation under Rule 41 of the Federal Rules of Civil Procedure filed on September 22, 2008, by Plaintiff and Counterdefendant Discus Dental, LLC, Counter-Defendants William Dorfman, Robert Hayman and Kenneth Rosenblood and Defendant and Counterclaimant Cao Group, Inc., this Court ORDERS as follows:

1. The instant action, Case No. CV-07-5076 DDP (RCx), shall be dismissed with prejudice, with each the parties to bear its/his respective attorneys' fees and costs.

2. This Court shall retain jurisdiction over all disputes among the parties arising out of the parties' settlement agreement including, but not limited to, the interpretation and enforcement of the terms of the settlement agreement.

IT IS SO ORDERED:

Dated: _____

_____
Judge Dean D. Pregerson
United States District Court Judge

6288622

1

[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Irma Edwards, hereby certify that on September 22, 2008, I electronically filed the foregoing [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE with the Clerk of the court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Clark Keith Taylor | ctaylor@vancott.com |
| Stephen J. Newman | snewman@stroock.com |

and hereby certify that I have mailed by the United States Postal Service courtesy copy of same to the following non-ECF participant:

Craig Fields, Esq.  *Attorneys for Counter-defendant*
Glickfeld Fields & Jacobson LLP  *Kenneth Rosenblood*
9401 Wilshire Boulevard, Suite 525
Beverly Hills, California 90212-4186
Telephone:      310.550.7222
Facsimile:        310.550.6222
E-mail:             theodeman@aol.com

☒ BY UNITED STATS MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2008 at Los Angeles, California.

Irma Edwards                                            *[signature: Irma Edwards]*
[Print Name of Person Executing Proof]        [Signature]

6288622

1

PROOF OF SERVICE