AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __California, Central__ on the following [x] Patents or [ ] Trademarks:

| DOCKET NO.<br>CV 07-5076 DDP | DATE FILED<br>8/3/07 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>Discus Dental, LLC, a California limited liability company | | DEFENDANT<br>CAO GROUP, INC., a Utah corporation |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,331,111 B1 | December 18, 2001 | Cao Group, Inc. |
| 2  6,719,559 B2 | April 13, 2004 | Cao Group, Inc. |
| 3  6,783,362 B2 | August 31, 2004 | Cao Group, Inc. |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |  |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

9/22/08 order dismissing action w/ prejudice upon stipulation

| CLERK<br>Allen Abersman, Acting | (BY) DEPUTY CLERK<br>L. Chai | DATE<br>9/22/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120